UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAIME DEJESUS,<br><br>                              Petitioner,<br><br>           -v-<br><br>MARK ROYCE, Superintendent,<br><br>                              Respondent. | 22-CV-7212 (JMF)<br><br>ORDER |

JESSE M. FURMAN, United States District Judge:

In this case, brought pursuant to 28 U.S.C. § 2254, Petitioner Jaime DeJesus moves for a stay pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005). *See* ECF No. 3. Respondent shall file any opposition to the motion for a stay by **September 22, 2022**; Petitioner shall file any reply by **September 29, 2022**. Respondent's answer deadline is hereby STAYED pending a ruling on Petitioner's motion. In addition, Petitioner's request to substitute Respondent, *see* ECF No. 3, at 1 n.1, is denied as premature. Petitioner should promptly move for substitution if or when he is actually transferred.

The Clerk of Court is directed to serve a copy of (1) this Order, (2) the Petition, ECF No. 1, and (3) the Motion to Stay, ECF No. 3, on the Attorney General of the State of New York and on the District Attorney of Bronx County by electronic means through use of the Court's CM/ECF system.

SO ORDERED.

Dated: August 26, 2022
       New York, New York

                                                    _____
                                                    JESSE M. FURMAN
                                                    United States District Judge