IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

JAIME DEJSUS,

    Petitioner,

vs.

MARK ROYCE, as Acting Superintendent, Green Haven Correctional Facility,

    Respondent.[1]

Case No.: 1:22-cv-7212

**[PROPOSED] ORDER GRANTING A *RHINES* STAY**

Upon consideration of Jaime DeJesus' motion for a *Rhines* Stay, it is hereby ORDERED, the Petitioner's unopposed Motion for a *Rhines* Stay is GRANTED. Petitioner shall promptly notify the Court if or when the stay should be lifted and, in the interim, shall file a status report with the Court every six months. The Clerk of Court is directed to put this case on the suspense docket and to terminate ECF No. 3.

DATE: September 14, 2022

_____
Hon. Jesse M. Furman

---

[1] ~~The New York State Department of Corrections and Community Supervision currently lists Petitioner as incarcerated at Green Haven Correctional Facility. However, counsel has been advised that Petitioner has been, or is in the process of being, transferred to Marcy Correctional Facility. Accordingly, Petitioner respectfully requests that, upon Petitioner's formal transfer, the Respondent be substituted as Patrick Reardon, Superintendent of Marcy Correctional Facility.~~

ORDER

1