```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
JAIME DEJESUS,                                                    :
                                                                  :
                         Petitioner,                              :
                                                                  :   22-CV-7212 (JMF)
               -v-                                                :
                                                                  :         ORDER
MARK ROYCE, as Acting Superintendent, Green Haven                 :
Correctional Facility,                                            :
                                                                  :
                         Respondent.                              :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      On September 14, 2022, the Court granted Petitioner's motion for a *Rhines* stay and ordered Petitioner to file a status report with the Court every six months. *See* ECF No. 6. While Petitioner filed a status report in March, *see* ECF No. 13, Petitioner has so far failed to do so in September. Petitioner's deadline to file a status letter is extended as a courtesy, *nunc pro tunc*, to **October 3, 2023**. If Petitioner fails to file a status letter by that date, the Court may lift the stay without additional notice.

      SO ORDERED.

Dated: September 27, 2023  
       New York, New York  
                                                              JESSE M. FURMAN  
                                                             United States District Judge