UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAIME DEJESUS,

                Petitioner,

        -v-

MARK ROYCE, *as Acting Superintendent, Green Haven Correctional Facility*,

                Respondent.
-----------------------------------------------------------------X

22-CV-7212 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

       On June 4, 2024, Respondent filed his Answer in opposition to the petition for a Writ of Habeas Corpus. ECF No. 25. Petitioner shall file any reply no later than **June 18, 2024**.

       SO ORDERED.

Dated: June 6, 2024
       New York, New York

_____
JESSE M. FURMAN
United States District Judge